# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

ALI MOHAMMED ALI ABDULLAH,
HAMEED MOHAMMED NAGI,
IBRAHIM AYYUB KHAN, and
MOHAMMED SULTAN SALEH

No.

_____

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINTS

I, Scott Hanton, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Border Patrol Agent-Intelligence with the United States Border Patrol. Currently, I am detailed as the Prosecutions Unit Programs Manager at Houlton Sector in Hodgdon, Maine. I graduated from JFK High School in Warren, Ohio in June 1997. Prior to being stationed in Houlton, I was a Border Patrol Agent at the Douglas Border Patrol Station in Douglas, Arizona. I have been an employee of the United States Border Patrol since November 29, 2010. I successfully graduated from the Border Patrol Academy in Artesia, New Mexico in February 2011.

2.      I make this affidavit in support of a Criminal Complaints charging ALI MOHAMMED ALI ABDULLAH, HAMEED MOHAMMED NAGI, IBRAHIM AYYUB KHAN, and MOHAMMED SULTAN SALEH each with one count of Entry Without Inspection, in violation of Title 8, United States Code, Section 1325(a)(1). The information contained in this affidavit is based on my review of materials and reports

1

prepared by other law enforcement officers, conversations with involved personnel, and audio recorded interviews, as well as my training and experience as a Border Patrol agent.

3.      Based on my training and experience, I know that entering the United States without being inspected and admitted at a designated port of entry in a criminal offense, specifically, a violation to Title 8, United States Code, Section 1325(a)(1).

## STATEMENT OF PROBABLE CAUSE

3.      I learned the following from reviewing a memorandum of investigation prepared by multiple Border Patrol Agents (BPA) from the Jackman, Maine Border Patrol Station, as well as a U.S. Customs and Border Protection Office of Field Operations (CBP) Officer at the St. Zacharie Port of Entry in Northwestern Somerset County.

A.      On April 3, 2026 at approximately 9:15 a.m. a CBP Officer at the St. Zacharie Port of Entry (POE) was approached by two maple sugar workers heading into Canada, who reported that on their way towards the Canadian border, they had passed four men who appeared to be Middle Eastern walking south on the Golden Road. The CBP Officer shared this information with the U.S. Border Patrol.

B.      At approximately 9:40 a.m. the two maple sugar workers returned to the U.S. and stopped to share more information with the same CBP Officer. The two men reported that they had heard from a third man that two occupants of a gray Nissan automobile stopped on the Golden Road were asking passersby for fuel and Wi-Fi to contact people they were supposed to pick up. The CBP Officer shared this information with the U.S. Border

2

Patrol.

C.    At approximately 10:13 a.m., the CBP Officer received a call from the aforementioned third man, who reported that the Nissan vehicle was near the driveway of his maple sugar shack near Golden Road mile marker 80. The CBP Officer shared this information with the U.S. Border Patrol.

D.    A BPA subsequently arrived at the POE and picked up the CBP officer and proceeded south on the Golden Road in a Border Patrol marked vehicle. At approximately mile marker 90, the two officers observed fresh footprints on the soft dirt of the road. As they drove further south, the two observed four individuals near mile mark 87 who appeared to be attempting to conceal themselves behind vegetation growing on a roadside berm.

E.    The two officers exited and observed that one of the four men was acting nervously. The two officers took the four men into custody without incident. When questioned about their citizenship, the four stated they were citizens of the United Kingdom. The four men claimed they were unaware they were in the United States. The four were transported back to the Jackman, Maine Border Patrol station in a different Border Patrol vehicle.

F.    The men were subsequently identified as ALI MOHAMMED ALI ABDULLAH, HAMEED MOHAMMED NAGI, IBRAHIM AYYUB KHAN, and MOHAMMED SULTAN SALEH.

G.    A different BPA agent subsequently followed the foot trail of the group back to the Canadian border. He observed that the group had passed through the woods within a few hundred yards of the POE.

3

H.    Shortly after apprehending the four men, the CBP Officer and the BPA proceeded further south on the Golden Road and found a Nissan vehicle that was out of gas near mile marker 80. There were two men in the vehicle. The two identified themselves as U.S. citizens. As the vehicle and location were as described earlier in the report to the CBP officer, the BPA asked the two men to exit the vehicle. The two complied and before the driver exited the vehicle, the CBP officer observed him reach under the driver's seat.  Observing this, the CBP officer checked under the seat and found a loaded 9mm handgun.  The two men were transported back to the Jackman Border Patrol station based on their involvement in a suspected alien smuggling event.

4.    I have listened to audio recordings of Mirandized interviews of the four men ALI MOHAMMED ALI ABDULLAH, HAMEED MOHAMMED NAGI, IBRAHIM AYYUB KHAN, and MOHAMMED SULTAN SALEH. NAGI denies knowing he was entering the United States and claimed he was just going on a hike with the group. ABDULAH declined to answer questions. SALEH denied intentionally entering the United States and was just going for a hike. (But see, paragraph 6, below)

5.    Based on my conversation with Homeland Security Investigations Special Agent Pierre Mathieu, I learned that at the Border Patrol Station, the passenger of the Nissan admitted that the driver of the vehicle intended to pick up an individual, an individual which the driver indicated he had dropped off in the same area on the Golden Road near the Canadian border approximately 30 days earlier. SA Mathieu also advises that the driver of the Nissan and his passenger consented to a search of their cellular devices. While review of the devices is still underway, SA Mathieu reports that on the

4

driver's device there are text messages with a person, believed in context to be one of the four men, communicating with the driver regarding expected arrival time to the location where they are to be picked up, together with additional details.

6.    SA Mathieu also advises me that he is conducting a border search of the electronic devices taken from the four men.  On the cellular device seized from SALEH, SA Mathieu recovered a search on April 3, 2026 for "bangor from my location" "boston from bangor" and "new york from boston" as well as "is st zacherie border crossing still used the one near quebec golden road".  SA Mathieu also recovered "Go-Pro" video footage narrated by SALEH from a point within the woods during which he announces to the group "I can confirm you are now on US Soil". ALI MOHAMMED ALI ABDULLAH  asks "I'm on US Soil?", to which SALEH replies ""You are on US Soil." while showing his phone screen with GPS location displayed. SALEH again confirms to the group, "Now, we are in the US" and state "We just made it, baby".

7.    I have reviewed available Border Patrol Records and confirmed that there are no records of ALI MOHAMMED ALI ABDULLAH, HAMEED MOHAMMED NAGI, IBRAHIM AYYUB KHAN, and MOHAMMED SULTAN SALEH entering the country lawfully on April 3, 2026.

8.    Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe ALI MOHAMMED ALI ABDULLAH, HAMEED MOHAMMED NAGI, IBRAHIM AYYUB KHAN, and MOHAMMED SULTAN SALEH have each violated Title 8, United States Code, Section 1325(a)(1).

I, Scott Hanton, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Scott Hanton,
Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed
electronically in accordance with the
requirements of Rule 4.1 of the Federal Rules
of Criminal Procedure

Date: Apr 07 2026

City and state: Bangor, ME

_____
Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title

6